**Ron NYSTROM, Plaintiff–Appellant,**

v.

**TREX COMPANY, INC. and Trex Company, LLC, Defendants– Appellees.**

No. 03–1587.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2003.

Before MAYER, Chief Judge, GAJARSA, and LINN, Circuit Judges.

## ON MOTION

### ORDER

Upon consideration of parties' joint stipulation of dismissal without prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each party shall bear its own costs.

---

* We note that the parties request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.